UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23841-ALTONAGA

ANA ELVIRA GUILARTE TANTAU,

    Plaintiff,
v.

PURE ORGANIC NAIL SALON & SPA,
INC. AND FRANCHESKA
CALDELARIO,

    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' /UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO CONDUCT SETTLEMENT CONFERENCE**

THIS CAUSE, having come before the Court on Plaintiff's Motion to Set Settlement Conference filed herein on January 18, 2023, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED:**

**DONE** AND **ORDERED** in Chambers on this _____ day of January 2023.

                                                                                               _____
                                                                                               CECILIA M. ALTONAGA
                                                                                               UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*