UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23841-CIV-ALTONAGA/Damian

ANA ELVIRA GUILARTE TANTAU,

    Plaintiff,
v.

PURE ORGANIC NAIL SALON &
SPA INC., *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE came before the Court on Defendants' Motion for Extension of Settlement Conference [ECF No. 23]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties have until **February 27, 2023** to conduct a settlement conference.

**DONE AND ORDERED** in Miami, Florida, this 19th day of January, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record