**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:22-CV-23841-CMA**

ANA ELVIRA GUILARTE TANTAU

    Plaintiff,
vs.

PURE ORGANIC NAIL SALON & SPA INC.,
A Florida Profit Corporation, and
FRANCHESKA CANDELARIO, individually,

    Defendants.
_____/

## NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

The parties, by and through their undersigned attorneys and pursuant to this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (ECF No. 15), hereby files their Proposed Order Scheduling Mediation attached hereto.

Dated: January 30, 2023                              Respectfully submitted,

| | |
|---|---|
| */s/ Nathaly Saavedra* | */s/ Toussaint M. Cummings* |
| Nathaly Saavedra, Esq. | Brian H. Pollock, Esq. |
| Fla. Bar No. 118315 | Fla. Bar No. 174742 |
| Email: nathaly@peregonza.com | brian@fairlawattorney.com |
| Juan J. Perez, Esq. | Toussaint M. Cummings, Esq. |
| Fla. Bar No. 115784 | Fla. Bar No. 119877 |
| Email: juan@peregonza.com | toussaint@fairlawattorney.com |
| Jocelyn R. Rocha, Esq. | FAIRLAW FIRM |
| Fla. Bar No. 1039302 | 135 San Lorenzo Avenue |
| Email: jocelyn@peregonza.com | Suite 770 |
| PEREGONZA THE ATTORNEYS, PLLC | Coral Gables, FL 33146 |
| 5201 Blue Lagoon Drive, Suite 290 | Tel: (305) 230-4884 |
| Miami, FL 33126 | Fax: (305) 230-4844 |
| Tel. (786) 650-0202 | |
| Fax. (786) 650-0200 | *Attorney for Defendants* |

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>January 30, 2023</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Nathaly Saavedra*
Nathaly Saavedra, Esq.

**SERVICE LIST**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 1:22-CV-23841-CMA**

Nathaly Saavedra, Esq.
Fla. Bar No. 118315
nathaly@peregonza.com
Juan J. Perez, Esq.
Fla. Bar No. 115784
Email: juan@peregonza.com
Jocelyn R. Rocha, Esq.
Fla. Bar No. 1039302
Email: jocelyn@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
5201 Blue Lagoon Drive, Suite 290
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200

*Attorney for Plaintiff*


Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Toussaint M. Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
Fax: (305) 230-4844

*Attorney for Defendants*


*Method of Service: CM/ECF Notice*