UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:22-CV-23841-CMA

ANA ELVIRA GUILARTE TANTAU

    Plaintiff,

vs.

PURE ORGANIC NAIL SALON & SPA INC.,
A Florida Profit Corporation, and
FRANCHESKA CANDELARIO, individually,

    Defendants.
_____/

## PROPOSED ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with Tina Polsky, Esq. on Friday, April 14, 2023, at 10:00 AM via Zoom.

ENTERED this ____ day of _____, 2023.

                                              _____
                                              CECILIA M. ALTONAGA
                                              Chief United States District Judge

cc:    All counsel of record