UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-23841-CIV-ALTONAGA/Damian

ANA ELVIRA GUILARTE TANTAU,

    Plaintiff,
v.

PURE ORGANIC NAIL SALON &
SPA INC., *et al.*,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with Tina Polsky, Esq. on Friday, April 14, 2023, at 10:00 AM via Zoom. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**ENTERED** this 31st day of January, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record