UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:22-CV-23841-CMA

ANA ELVIRA GUILARTE TANTAU

     Plaintiff,
vs.

PURE ORGANIC NAIL SALON & SPA INC.,
A Florida Profit Corporation, and
FRANCHESKA CANDELARIO, individually,

     Defendants.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, ANA ELVIRA GUILARTE TANTAU, by and through the undersigned counsel and in agreement with Defendants, PURE ORGANIC NAIL SALON & SPA INC, a Florida Profit Corporation, and FRANCHESKA CANDELARIO, individually, hereby have reached a settlement of all claims in this case. The parties are in the process of finalizing the agreements and preparing the dismissal documents, which will be filed with the Court upon completion.

Dated: February 10, 2023.

Respectfully submitted,

*/s/ Nathaly Saavedra*
Nathaly Saavedra, Esq.
Fla. Bar No. 118315
Email: nathaly@peregonza.com
Juan J. Perez, Esq.
Fla. Bar No. 115784
Email: juan@peregonza.com
Jocelyn R. Rocha, Esq.
Fla. Bar No. 1039302
Email: jocelyn@peregonza.com
PEREGONZA THE ATTORNEYS, PLLC
5201 Blue Lagoon Drive, Suite 290
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200

*CASE NO.: 1:22-CV-23841-CMA*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>February 10, 2023</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>/s/ *Nathaly Saavedra*</u>
Nathaly Saavedra, Esq.

*CASE NO.: 1:22-CV-23841-CMA*

## SERVICE LIST
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
**Case No.** *CASE NO.: 1:22-CV-23841-CMA*

Nathaly Saavedra, Esq.
Fla. Bar No. 118315
nathaly@peregonza.com
Juan J. Perez, Esq.
Fla. Bar No. 115784
Email: juan@peregonza.com
Jocelyn R. Rocha, Esq.
Fla. Bar No. 1039302
Email: jocelyn@peregonza.com
PEREGONZA THE ATTORNEYS, PLLC
5201 Blue Lagoon Drive, Suite 290
Miami, FL 33126
Tel. (786) 650-0202
Fax. (786) 650-0200

Attorney for Plaintiff

Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
Toussaint M. Cummings, Esq.
Fla. Bar No. 119877
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
Fax: (305) 230-4844

Attorney for Defendants

Method of Service: CM/ECF Notice