UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23841-ALTONAGA

ANA ELVIRA GUILARTE TANTAU,

    Plaintiff,
v.

PURE ORGANIC NAIL SALON & SPA, INC.
AND FRANCHESKA CANDELARIO,

    Defendants.
_____/

## [PROPOSED] ORDER GRANTING THE REVISED JOINT MOTION TO APPROVE FLSA SETTLEMENT

THIS CAUSE is before the Court upon the parties' Joint Motion to Approve FLSA Settlement [D.E. ]. The Court has carefully reviewed the Motion, the parties' submitted FLSA Settlement Agreement, and the record in this case. The Court finds that the terms of the FLSA Settlement Agreement are fair and reasonable and meet the standard set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. The Joint Motion to Approve Settlement [D.E.   ] is GRANTED;

2. The executed FLSA Settlement Agreement between the Parties is APPROVED, and this case is DISMISSED WITH PREJUDICE;

3. The Court shall retain jurisdiction for 30 days from the entry of this Order to enforce the terms of the FLSA Settlement Agreement, if needed; and

4. The Clerk shall close this case and deny as moot all pending motions.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of _____, 2023.

_____
**HON. CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

Copies furnished:
    All counsel of record